UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000
    Diane Windholz (DW 9806)
    Matthew A. Steinberg (MS 3979)

ATTORNEYS FOR DEFENDANT

JOSE R. LIMA,

          Plaintiff,

-v.-

ADDECO and/or PLATFORM LEARNING, INC.

          Defendant.

**RULE 7.1 STATEMENT**

07 Civ. 6573 (DL) (RLE)

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record hereby certify that (i) Defendant Adecco USA, Inc. named herein as Adecco is a wholly-owned subsidiary of Adecco SA, and (ii) Adecco SA is publicly-traded on the Switzerland Stock Exchange.

          JACKSON LEWIS LLP
          59 Maiden Lane
          New York, New York 10038-4502
          (212) 545-4000

By: _____
      Diane Windholz (DW 9806)
      Matthew A. Steinberg (MS 3979)

          ATTORNEYS FOR DEFENDANT
          ADECCO USA, INC.

Dated: New York, New York
       October 26, 2007