```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
JOSE R. LIMA,                       :

        Plaintiff,          :         **ORDER**

    - against -                    :         07 Civ. 6573 (DC)

ADECCO and/or PLATFORM              :
LEARNING, INC.,
                                    :
        Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

        Plaintiff Jose R. Lima asks the Court to demand from Adecco USA, Inc. ("Adecco") an explanation regarding the whereabouts of Platform Leaning, Inc. ("Platform Learning"). The Court construes this as a motion to compel information from Adecco. This motion is denied. The Court notes that Adecco's answer "denies knowledge or information sufficient to form a belief as to the current business address, if any, of Defendant Platform Learning." (Adecco Answer ¶ 2). Lima, however, may serve discovery requests on Adecco, including interrogatories, asking Adecco for information relating to Platform Learning.

        SO ORDERED.

Dated:  New York, New York
       February 4, 2008

                                    DENNY CHIN
                                    United States District Judge