**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET NEW YORK, N.Y. 10007**

**J. Michael McMahon**
**Clerk of the Court**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/11/08

- - - - - - - - - - - - - - - - - - - - - - - - - - x

Jose R. Lima,

        Plaintiff(s),            07  Civ.  6573  (DC)

        - against -

Addeco and/or Platform Learning, Inc.

        Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - x

        The above-captioned action has been assigned to Judge Denny Chin.

        Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

        This conference will be held on March 14, 2008 at 2:00 P.M. , in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

        **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:      New York, New York
           February 11, 2008

                            Sincerely,

                            David Tam
                            Courtroom Deputy Clerk
                            U.S.D.C. - S.D.N.Y.
                            500 Pearl Street, Rm. 1020
                            New York, New York  10007
                            (212) 805-0096