```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

JOSE R. LIMA,                          :

            Plaintiff,        :       **ORDER**

     - against -                       :       07 Civ. 6573 (DC)

ADECCO and/or PLATFORM                 :
LEARNING, INC.,
                                   :
           Defendants.
                                   :
- - - - - - - - - - - - - - - - -x

CHIN, D.J.

       Following the conference held on March 14, 2008, IT IS HEREBY ORDERED that:

       1.   All discovery, fact and expert, shall be completed by July 11, 2008.

       2.   Defendant(s) shall move for summary judgment by August 15, 2008.  Pro se plaintiff Jose R. Lima shall serve his opposition papers by September 15, 2008.  Defendant(s) shall serve reply papers, if any, by September 29, 2008.

       3.   Mr. Lima is a non-ECF party and exempt from filing documents electronically.  Defendant(s) may continue to file electronically, but service on Mr. Lima shall be made by hard copy.

       SO ORDERED.

Dated:   New York, New York
        March 14, 2008

                                                  DENNY CHIN
                                                  United States District Judge