USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE R. LIMA,

      Plaintiff,

-v.-

ADDECO and/or
PLATFORM LEARNING, INC.

      Defendant.

07 Civ. 6573 (DC) (RLE)

**REVISED SCHEDULING ORDER**

---

CHIN, D.J.

1. All discovery, fact and expert, shall be completed by August 11, 2008.

2. Defendant(s) shall move for summary judgment by September 12, 2008. Pro Se Plaintiff Jose R. Lima shall serve his opposition papers by October 13, 2008. Defendant(s) shall serve reply papers, if any, by October 27, 2008.

SO ORDERED.

Dated: New York, New York
   July 7, 2008

_____
DENNY CHIN
United States District Judge