UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE R. LIMA,

            Plaintiff,

-v.-

ADDECO and/or
PLATFORM LEARNING, INC.

            Defendant.

07 Civ. 6573 (DC) (RLE)

**SECOND REVISED SCHEDULING ORDER**

---

CHIN, D.J.

1. All discovery, fact and expert, shall be completed by September 2, 2008.

2. Defendant(s) shall move for summary judgment by October 3, 2008. Pro Se Plaintiff Jose R. Lima shall serve his opposition papers by November 3, 2008. Defendant(s) shall serve reply papers, if any, by November 17, 2008.

SO ORDERED.

Dated: New York, New York
      August 13, 2008

DENNY CHIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08