UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

---

JOSE R. LIMA,

            Plaintiff,

    -v.-

ADDECO and/or
PLATFORM LEARNING, INC.

            Defendant.

07 Civ. 6573 (DC) (RLE)

**THIRD REVISED SCHEDULING ORDER**

CHIN, D.J.

    1. All discovery, fact and expert, shall be completed by September 23, 2008.

    2. Defendant(s) shall move for summary judgment by October 24, 2008. Pro Se Plaintiff Jose R. Lima shall serve his opposition papers by November 23, 2008. Defendant(s) shall serve reply papers, if any, by December 5, 2008.

    SO ORDERED.

Dated: New York, New York
       September 4, 2008

                                DENNY CHIN
                                United States District Judge